# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

| | | |
|---|---|---|
| AO-10 (WP) Rev. 1/2007 | | *Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)* |

| 1. Person Reporting (*Last name, first, middle initial*) KELLEHER, Robert J. | 2. Court or Organization United States District Court Central District of California | 3. Date of Report May 23, 2007 |
|---|---|---|
| 4. Title (*Article III judges indicate active or senior status; magistrate judges indicate full- or part-time*) United States District Judge Senior Status | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial  _X_ Annual  ___ Final   5b. ___ Amended Report | 6. Reporting Period January 1, 2006 – December 31, 2006 |
| 7. Chambers or Office Address 255 East Temple Street, Suite 1434 Los Angeles, California 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. (*Reporting individual only; see pp. 9-13 of Instructions.*)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| [ ] NONE (No reportable positions.) | |
| 1 Member, Executive Committee | United States Tennis Association |
| 2 Member, Executive Committee | Southern California Tennis Association |
| 3 | |

## II. AGREEMENTS. (*Reporting individual only; see pp. 14-16 of Instructions.*)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

RECEIVED 2007 MAY 29 A 10: 58 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (*Reporting individual and spouse; see pp. 17-24 of Instructions.*)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| [X] NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | |
|---|---|
| [X] NONE (No reportable non-investment income.) | |
| 1 | |
| 2 | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| [X] NONE (No such reportable reimbursements.) | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| [X] NONE (No such reportable gifts.) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| [ ] NONE (No reportable liabilities.) | | |
| Chase Card Services | Visa | K |
| | | |
| | | |
| | | |

|  | Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Place "(X)" after each asset exempt from prior disclosure | (1) Amt. Code1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell merger redemption) | If not exempt from disclosure | | | |
|  |  |  |  |  |  |  | (2) Date Month Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |

| | NONE | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | Q 2/6/01 | | | | | |
| 2 | Bank of America | None | None | J | T | | | | | |
| 3 | Southland Credit Union | B | Int. | K | T | | | | | |
| 4 | Federated Kaufmann Fund | A | Div. | J | T | | | | | |
| 5 | Duffer Corp. | None | None | J | T | | | | | |
| 6 | Brokerage Account: | | | | | | | | | |
| 7 | U.S. Treasury Bill | A | Int. | L | T | Buy | 12/28 | K | | |
| 8 | Federated Home Loan Bank | A | Int. | | | Sale | 11/28 | M | A | |
| 9 | Pimco Total Return Fund | C | Div. | L | T | | | | | |
| 10 | Schwab U.S. Treasury Money Fund | B | Int. | J | T | | | | | |
| 11 | Abbott Laboratories | A | Div. | J | T | | | | | |
| 12 | Bank of America Corp. | A | Div. | J | T | | | | | |
| 13 | BP PLC ADR | A | Div. | J | T | | | | | |
| 14 | Conoco Phillips | A | Div. | J | T | | | | | |
| 15 | Diageo PLC New ADR | A | Div. | J | T | | | | | |
| 16 | Emerson Electric | A | Div. | J | T | | | | | |
| 17 | FPL Group Inc. | A | Div. | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Col. D1, D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Col. C1, D3)    N = $250,001-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal    R = Cost (real estate only)    S = Assessment    T = Cash/Market
(See Col. C2)    U = Book value    V = Other    W = Estimated

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | A. Income during reporting period | | B. Gross value at end of reporting period | | C. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amount Code 1 (A-H) | Type (e.g. div., rent, int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date Month Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| General Electric Co. | A | Div. | J | T | | | | | |
| HSBC Hldgs. PLC | A | Div. | J | T | | | | | |
| Infosys Tech Span | A | Div. | J | T | Buy | 8/24 | J | | |
| Johnson & Johnson | A | Div. | J | T | | | | | |
| Microsoft Corp. | A | Div. | J | T | | | | | |
| Nestle SA Reg. B | A | Div. | J | T | | | | | |
| Pfizer Inc. | A | Div. | J | T | | | | | |
| Procter & Gamble | A | Div. | J | T | | | | | |
| CSI Equity Fund | B | Div. | K | T | Buy | 4/20 | K | | |
| Fed. Home Loan Bank Bonds | B | Int. | K | T | | | | | |
| Fed. Home Loan Bank Notes | B | Int. | K | T | | | | | |
| BASF AG Spons ADR | A | Int. | J | T | Buy | 8/21 | J | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

1. Income Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____                    Date ·  May 23, 2007

NOTE: ANY INDIVIDUAL WHO ~~KNOWINGLY AND WIL~~ FULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10 (WP) Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111) |

**FOR CALENDAR YEAR 2006**

| 1. Person Reporting *(Last name, first, middle initial)*  KELLEHER, Robert J. | 2. Court or Organization United States District Court Central District of California | 3. Date of Report April 16, 2007 |
|---|---|---|

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* United States District Judge Senior Status | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial  _X_ Annual  ___ Final  5b. ___ Amended Report | 6. Reporting Period January 1, 2006 – December 31, 2006 |
|---|---|---|

| 7. Chambers or Office Address 255 East Temple Street, Suite 1434 Los Angeles, California 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Member, Executive Committee | United States Tennis Association |
| 2 Member, Executive Committee | Southern California Tennis Association |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1. | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| **A. Filer's Non-Investment Income** | | |
| [X] NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| [X] NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

RECEIVED 2007 APR 25 A 9: 27 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| X  1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| X  1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
| --- | --- | --- | --- |
|  1 | NONE (No reportable liabilities.) | | |
| 2 | Chase Card Services | Visa | K |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEHER, Robert J. | April 16, 2007 |

## VII. Page 1  INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Codes (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1  Beach House, Oeanside | E | Rent | O | Q 2/6/01 | | | | | |
| 2  Bank of America | None | None | J | T | | | | | |
| 3  Southland Credit Union | B | Int. | K | T | | | | | |
| 4  Federated Kaufmann Fund | A | Div. | J | T | | | | | |
| 5  Duffer Corp. | None | None | J | T | | | | | |
| 6  Brokerage Account: | | | | | | | | | |
| 7  U.S. Treasury Bill | A | Int. | L | T | Buy | 12/23 | K | | |
| 8  Federated Home Loan Bank | A | Int. | M | T | Sale | 11/23 | M | A | |
| 9  Pimco Total Return Fund | C | Div. | L | T | | | | | |
| 10  Schwab U.S. Treasury Money Fund | B | Int. | J | T | | | | | |
| 11  Abbott Laboratories | A | Div. | J | T | | | | | |
| 12  Bank of America Corp. | A | Div. | J | T | | | | | |
| 13  BP PLC ADR | A | Div. | J | T | | | | | |
| 14  Conoco Phillips | A | Div. | J | T | | | | | |
| 15  Diageo PLC New ADR | A | Div. | J | T | | | | | |
| 16  Emerson Electric | A | Div. | J | T | | | | | |
| 17  FPL Group Inc. | A | Div. | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEHER, Robert J. | April 16, 2007 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C Gross value at end of reporting period (1) Value (Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell merger redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | If not exempt from disclosure (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 General Electric Co. | A | Div. | J | T | | | | | |
| 19 HSBC Hldgs. PLC | A | Div. | J | T | | | | | |
| 20 Infosys Tech Span | A | Div. | J | T | Buy | 3/24 | J | | |
| 21 Johnson & Johnson | A | Div. | J | T | | | | | |
| 22 Microsoft Corp. | A | Div. | J | T | | | | | |
| 23 Nestle SA Reg. B | A | Div. | J | T | | | | | |
| 24 Pfizer Inc. | A | Div. | J | T | | | | | |
| 25 Procter & Gamble | A | Div. | J | T | | | | | |
| 26 CSI Equity Fund | B | Div. | K | T | Buy | 4/20 | K | | |
| 27 Fed. Home Loan Bank Bonds | B | Int. | K | T | | | | | |
| 28 Fed. Home Loan Bank Notes | B | Int. | K | T | | | | | |
| 29 BASF AG Spons ADR | A | Int. | J | T | Buy | 8/21 | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1-D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
    P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes:    Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | KELLEHER, Robert J. | April 16, 2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature

Date April 16, 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544